UNITED STATES DISTRICT COURT
FOR THE
STATE OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 17 P 1:40
U.S. DISTRICT COURT
DISTRICT OF MASS

LYNWODE PAQUETTE
PLAINTIFF

v.

UNITED STATES                    CIVIL ACTION No
RESPONDANT

MOTION TO PROCEED IN FORMA PAUPERS

Now COMES THE PLAINTIFF IN THE ABOVE ENTITLED MATTER AND MOVES THAT THIS HONORABLE COURT WILL GRANT THIS MOTION. THE PLAINTIFF CLAIMS THAT HE IS WITHOUT FUNDS TO PAY FOR THE COURT COST AND FEES TO PROCEED IN THIS MATTER.

WHEREFORE THE PLAINTIFF IS WITHOUT FUNDS HE PRAYS THAT THIS HONORABLE COURT WILL WAIVE THE COURT COSTS AND FILING FEES.

RESPECTFULLY

_Lynwode Paquette_

9-15-04                          Lynwode Paquette, Pro Se
DATED                            P.O. Box 8274
                                 CRANSTON, RI 02920