UNITED STATES DISTRICT COURT
FOR THE
STATE OF MASSACHUSETTS

FILED
2004 SEP 17 P 1:40
U.S. DISTRICT COURT
DISTRICT OF MASS

LYNWADE PAQUETTE
PLAINTIFF

v.

UNITED STATES
RESPONDANT

CIVIL ACTION No.

### AFFIDAVIT OF INDIGENCY

Now comes the Plaintiff in the above entitled matter and states that he is an indigent inmate, and is without sufficient funds to pay for this civil action.

Respectfully

9-15-04
DATED

Lynwade Paquette
LYNWADE PAQUETTE, Pro Se
P.O. Box 8274
CRANSTON, RI 02920