UNITED STATES DISTRICT COURT
FOR THE
STATE OF MASSACHUSETTS

FILED
2004 SEP 17 P 1:20
DISTRICT COURT
OF MASS

LYNWODE PAQUETTE
PLAINTIFF

v.                                    CIVIL ACTION No.

UNITED STATES
RESPONDANT

MOTION FOR DENATURALIZATION

COMPLAINT

Now comes the plaintiff in the above entitled matter, and respectfully request that this honorable court with grant this motion for the following reasons;

1)   On December 25th, 1994 the Worcester District Attorney's office

KNOWINGLY, AND WILLINGLY FABRICATED FALSE CHARGES AGAINST THE PLAINTIFF.

2) WITH NO PHYSICAL EVIDENCE TO CONFIRM THE CRIME AS STATED BY AN ALLEGED VICTIM, THE PROSECUTION DID VIOLATE THIS PLAINTIFF'S RIGHTS UNDER THE UNITED STATES CONSTITUTION, BY DENYING THE PLAINTIFF A RIGHT TO EQUAL PROTECTION OF THE LAWS OF THE CONSTITUTION.

3) THE PLAINTIFF ALSO CLAIMS THAT THE DISTRICT ATTOREY {MR. JOHN CONTE} OF THE WORCESTER SUPERIOR COURT DID KNOWINGLY, AND WILLINGLY "CONSPIRED TO OBSTRUCT JUSTICE" IN THE CASE OF COMMONWEALTH V. PAQUETTE, 95-0257(1+2).

4) EVIDENCE WHICH WAS WITHHELD FROM THE DEFENCE WHICH SHOW THAT THE ALLEGED VICTIM WAS GIVEN FALSE TESTIMONY, WHICH VIOLATES THE BRADY RULE, NOR WAS THE PLAINTIFF ALLOWED A D.N.A. TEST TO PROVE HIS INNOCENCE.

5) THE DISTRICT ATTOREY'S OFFICE DID

3

KNOWINGLY AND WILLINGLY "ASSUMED" THAT THE PLAINTIFF WAS GUILTY OF A CRIME WITHOUT ANY EVIDENCE TO SUPPORT THE CHARGES THAT WHERE BROUGHT AGAINST HIM.

6) UNDER PRIMA FACIE, THE DISTRICT ATTORNEY DID PROCEED WITH THE INTENT TO INFLICT AS MUCH HARM, AND DAMAGES UPON THE PLAINTIFF WITHOUT EXCUSES OR JUSTIFICATION, AND THEN PREVENTED THE PLAINTIFF FROM PROVING HIS INNOCENCES BY DENYING HIM THE RIGHT TO D.N.A. TESTING.

7) THE DISTRICT ATTORNEY'S OFFICE WAS AWARE THAT THIS SAME ALLEGED VICTIM HAD BROUGHT THESE SAME CHARGES AGAINST ANOTHER PERSON A FEW YEARS EARLIER, AND KNEW THAT THE ALLEGED VICTIM WAS LYING AND GIVING FALSE TESTIMONY, AND STILL PROCEEDED WITH HIS PROSECUTION OF THIS PLAINTIFF.

8) ANY TIME THE PLAINTIFF IN THIS ACTION HAS FILED MOTIONS IN THE WORCESTER'S SUPERIOR COURT TO CONTEST HIS CONVICTION THE DISTRICT ATTORNEY'S OFFICE OBJECTED TO ANY MOTIONS THAT WAS FILED, KNOWING THAT IF D.N.A. TESTING WAS DONE, THAT

4

THE END RESULTS WOULD SHOW THAT THE DISTRICT ATTORNEY'S OFFICE PROSECUTED, AND IMPRISONED AN INNOCENT MAN FOR TEN YEARS FOR A CRIME HE DID NOT COMMIT.

9) FOR THE ABOVE REASONS THE PLAINTIFF IS FILING THIS MOTION TO RENOUNCE HIS CITIZENSHIP AND IS REQUESTING DEPORTATION TO SOUTH AMERICA.

THIS PLAINTIFF FEELS THAT THE FEDERAL COURT SHOULD INVESTIGATE THIS COMPLAINT AGAINST THE DISTRICT ATTORNEY'S OFFICE AND THE CORRUPTION IN THAT OFFICE.

RESPECTFULLY SUBMITTED

*[signature]*

LYNWADE PAQUETTE, PRO SE
P.O. BOX 8274
CRANSTON, RI 02920

9-15-04
DATED