UNITED STATES DISTRICT COURT
FOR THE
STATE OF MASSACHUSETTS

FILED
2004 SEP 17 P 1:20
DISTRICT COURT
OF MASS

Lynwode Paquette
PLAINTIFF

v.

UNITED STATES
RESPONDANT

CIVIL ACTION No.

## AFFIDAVIT

Now comes the Plaintiff LYNWODE PAQUETTE, in the above action matter and states as follows;

1) THAT BEING OF SOUND MIND, HE IS BRINGING THIS ACTION AGAINST THE COMMONWEALTH'S DISTRICTS ATTORNEY'S OFFICE OF HIS HOME TOWN OF WORCESTER, MASSACHUSETTS, ON HIS OWN behalf BECAUSE THE PLAINTIFF FEELS THAT HIS RIGHTS WERE VIOLATED, AND THAT THIS IS THE ONLY RECOURSE LEFT HIM.

2) THE PLAINTIFF WOULD RATHER RENOUNCE HIS CITIZENSHIP AND BE DEPORTED TO ANOTHER COUNTRY, THEN REMAIN IN THE UNITED STATES.

2

3) FOR THE ABOVE REASON THE PLAINTIFF IS BRINGING THIS ACTION TO BEGIN <u>DE NATURA-LIZATION</u> PROCEEDINGS SO THAT HE CAN BE DE-PORTED TO ANOTHER COUNTRY.

4) THE PLAINTIFF IS A RESIDENT OF THE COMMONWEALTH OF MASSACHUSETTS AND BEING SUCH IS IN THE JURISDICTION OF THIS COURT AS STATED IN <u>U.S. EX REL HARRINGTON v. SCHLOTFELDT</u>, 136 F.2d 935 (C.C.A. 7TH CIR 1943)

5) IT IS THE PLAINTIFF'S <u>UNDERSTANDING</u> THAT BEING A NATURALIZED CITIZEN OF THE UNITED STATES, AND THAT THE PLAINTIFF HAS THE RIGHT OF FREEDOM OF CHOICE UNDER THE FOURTEENTH AMENDMENT TO BRING THIS ACTION.

6) PLAINTIFF RESPECTFULLY WISHES TO RENOUNCE HIS CITIZENSHIP AND DE-MANDS DEPORTATION A.S.A.P. UNDER HIS FOUR-TEENTH AMENDMENT'S RIGHTS.

RESPECTFULLY

9-15-04
DATED

LYNWADE PAQUETTE, PRO S
P.O. BOX 8274
CRANSTON, RI 02920