UNITED STATES DISTRICT COURT
FOR THE
STATE OF MASSACHUSETTS

Lynwade Paquette
PLAINTIFF

v

UNITED STATE
RESPONDENT

CIVIL ACTION NO.

MOTION FOR APPOINTMENT OF COUNSEL

Now comes the plaintiff in the above entitled matter and request that this honorable court will appoint counsel to represent him in the action that he is now before this court.

The plaintiff states that he is without funds and can not afford counsel.

RESPECTFULLY

9-15-04
DATED

Lynwade Paquette Pro Se
P.O. Box 8274
Cranston, R.I. 02920