Lynwode Paquette
30 Administration Rd.
Bridgewater, MA 02320

U.S. District Court
Lynn D. Wissman
Pro Se Office
1- Courthouse Way Suite 2300
Boston, MA 02210-

Nov. 2nd, 2004

RE: 04-CA-12084-WGY

Dear Ma'am,

Enclosed is a copy of my account from the treatment center for the last six (6) months, also- when I get a copy of my account from the A.C.I.'s accounting's office from Rhode Island, I will send that along to you as well.

I sincerely hope that this will help Judge Young with his decision. If you need anything else please don't hesatate to ask.

Respectfully

Clerk - Worcester Superior Court
No. 95-0257 (1-2)

Lynwode Paquette
Mr. Lynwode Paquette, Pro Se

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :  20041025 10:03

| | | | | | | Page 1 |
|---|---|---|---|---|---|---|
| Commit# : | W58983 | | | MASS. TREATMENT CENTER | | |
| Name : | PARQUETTE, LYNWOOD, , | | | Statement From | 20040425 | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20041025 | |
| Block : | C1 | | | | | |
| Cell/Bed : | 002 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $510.08 | $510.07 | $209.55 | $209.55 |
| 20040513 07:32 | IS - Interest | 2798596 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040619 07:35 | IS - Interest | 2928335 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3076279 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3210290 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3336485 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040930 23:00 | TI - Transfer from Institution | 3447040 | | NOR | | $0.00 | $0.01 | $0.00 | $0.00 |
| 20040930 23:00 | TI - Transfer from Institution | 3447041 | | MTC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3501725 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041025 08:03 | ML - Mail | 3562132 | | STH | ~ANITA PAQUETTE | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041025 08:03 | MA - Maintenance and Administration | 3562133 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041025 08:03 | TI - Transfer from Institution | 3562135 | | STH | ~Associate Receipt Number is 3562132 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20041025 08:03 | TI - Transfer from Institution | 3562136 | | MTC | ~Associate Receipt Number is 3562132 | $19.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $39.01 | $20.01 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $19.01 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $19.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............. LYNWOOD PARQUETTE

Commitment number.... W58983

Period encompassed.... 4/25/04    10/25/04

|  |  | personal | savings | total |
|---|---|---:|---:|---:|
| Beginning Balance: | 04/25/04 | $ 0.01 | $ - | $ 0.01 |
| Balance as of | 05/25/04 | $ 0.01 | $ - | $ 0.01 |
| Balance as of | 06/25/04 | $ 0.01 | $ - | $ 0.01 |
| Balance as of | 07/25/04 | $ 0.01 | $ - | $ 0.01 |
| Balance as of | 08/25/04 | $ 0.01 | $ - | $ 0.01 |
| Balance as of | 9/25/04 | $ 0.01 | $ - | $ 0.01 |
| Ending Balance: | 10/25/04 | $ 19.01 | $ - | $ 19.01 |

Six month average balance:      $    2.72

20% of six month average balance:  $    0.54

total expenditures for period:   $    1.00

total income for period:         $   20.00

To the best of my knowledge the above summary information is true and accurate:

Signed: _____  10/25/04
    Jeanne L. Petrillo

*note to clear numbers Ctrl-Z*

COMMONWEALTH OF MASSACHUSETTS
WORCESTER SUPERIOR COURT

WORCESTER, ss.                                          No. 95-0257

---

COMMONWEALTH OF MASSACHUSETTS

v.

LYNWODE PAQUETTE,
    Defendant

---

AFFIDAVIT OF SEAN PIGGOTT ON SUPPORT
OF MOTION FOR POST-CONVICTION RELIEF

I, Sean Piggott, hereby state that the following is true to the best of my knowledge, information and belief:

1. I am an inmate, presently serving a ten year sentence at North Central Correctional Center for a conviction for breaking and entering, originating from Worcester Superior Court.

2. While incarcerated at North Central Correctional Center, I met another inmate, Lynwode Paquette, previously unknown to m

3. In conversations with Mr. Paquette, I learned that he was convicted for rape based upon the complaint of Janet Borko.

4. I have personally known Janet Borko since 1991 and had several conversations with her in April and May of 1995 concerning her allegations of rape against Mr. Paquette.

5. I know Ms. Borko as a prostitute and drug addict, who used to come to my apartment in April and May of 1995 to obtain and use drugs.

6. In my conversations with Ms. Borko, she talked to me about many things, including her old boyfriend, Kevin Beauchamp, and some of her practices while working as a prostitute.

7. Janet Borko stated that she would agree to have sex with a man, then would demand more money than originally agreed upon.

8. She threatened her "customers" that if she did not receive the additional payment, she would accuse them of rape.

9. She stated that she had done this on two occasions, specifically identifying Mr. Paquette as one of the two men who refused to make the additional payment who she then reported to the police for rape.

10. I have not received any benefit, consideration or promise, nor have I been threatened, coerced or intimidated in the making of this affidavit.

11. I further realize, that as a result of this affidavit, I may be incriminating myself in uncharged crimes.

12. Despite the above, I make this affidavit knowingly and voluntarily.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this day of September, 1997.

_____
Sean Piggott

Ex. 3

PRISONERS SELF-HELP LITIGATION MANUAL
Case 1:04-cv-12084-WGY   Document 6   Filed 11/03/2004   Page 6 of 10

rjury that the

JAME]

)ATE]

**2b. Form Declaration in Support of Request to Proceed In Forma Pauperis**

*Note:* This form is taken from Federal Judicial Center, Recommended Procedures for Handling Prisoner Civil Rights Cases in the Federal Courts at 93-94 (1980). It should be submitted to court along with your complaint.

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Instructions to court:

This form is to be sent to the prisoner-plaintiff.

If there is reason to believe that the information received is not accurate or complete, the court may want to use form 3 in addition. Form 3 is an order asking the records officer at the institution to submit a certificate stating the current balance in the plaintiff's institutional account.

_U. S. District Court_
[insert appropriate court]

_Steven M. Johnson_                                    04-12087-WGY
[petitioner]

   v.         DECLARATION IN SUPPORT OF
              REQUEST TO PROCEED
              IN FORMA PAUPERIS

_Commission Dennehy_
[respondent]

I, _Steven M. Johnson_, am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

799

ary per month and

_____

nent and the
ived.

_____

iths any money from

it? Yes___ No ___

No___

Yes___ No ___

each source of
during the past

_____

in a checking or sav-
prison accounts)

_____

notes, automobiles, or
hold furnishings and

ate its approximate

_____

for support; state your
ich you contribute to-

questions in this

_____

[Petitioner's Signature]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21__ day of __October__, 19__04__.

_____
[Signature]

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20041025 09:00

Page: 1

| Commit#: | T26693 | | MCI NORFOLK | | | | |
|---|---|---|---|---|---|---|---|
| Name: | JOHNSON, STEVEN, M. | | Statement From | 20040401 | | | |
| Inst: | MCI NORFOLK | | To | 20040930 | | | |
| Block: | SMU2 | | | | | | |
| Cell/Bed: | 226 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $431.90 | $424.65 | $184.74 | $35.00 |
| 20040405 15:30 | CI - Transfer from Club to Inmate A/c | 2615948 | | GAR | ~3/23/04 Canteen Refund~T26693 JOHNSON,STEVEN M PERSONAL~KCN WASH ACCOUNT - Z5 | $7.96 | $0.00 | $0.00 | $0.00 |
| 20040405 15:54 | CI - Transfer from Club to Inmate A/c | 2616016 | | GAR | ~3/23/04 Canteen Refund~T26693 JOHNSON,STEVEN M PERSONAL~KCN WASH ACCOUNT - Z5 | $8.77 | $0.00 | $0.00 | $0.00 |
| 20040405 15:54 | IC - Transfer from Inmate to Club A/c | 2616015 | | GAR | ~Fix error, wrong refund amount. should be $8.77~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $7.96 | $0.00 | $0.00 |
| 20040407 22:30 | CN - Canteen | 2625656 | | GAR | ~Canteen Date : 20040407 | $0.00 | $2.06 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2633898 | | GAR | ~20040321 To 20040327 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2633899 | | GAR | ~20040321 To 20040327 | $0.00 | $0.00 | $3.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2657590 | | GAR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2657591 | | GAR | | $0.00 | $0.00 | $0.19 | $0.00 |
| 20040414 11:01 | IC - Transfer from Inmate to Club A/c | 2669695 | | GAR | ~MAIL ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.69 | $0.00 | $0.00 |
| 20040414 22:30 | CN - Canteen | 2672614 | | GAR | ~Canteen Date : 20040414 | $0.00 | $4.79 | $0.00 | $0.00 |
| 20040415 13:43 | ML - Mail | 2681463 | 272 | GAR | ~JOHNSON, CARL, H. | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040421 22:30 | CN - Canteen | 2700368 | | GAR | ~Canteen Date : 20040421 | $0.00 | $9.89 | $0.00 | $0.00 |
| 20040426 15:51 | IC - Transfer from Inmate to Club A/c | 2717580 | | GAR | ~MAIL ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040428 22:30 | CN - Canteen | 2728769 | | GAR | ~Canteen Date : 20040428 | $0.00 | $9.94 | $0.00 | $0.00 |
| 20040503 11:21 | IC - Transfer from Inmate to Club A/c | 2745500 | | GAR | ~3/19/04 Medical Co-Pay Fee~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040503 11:21 | AT - Account Transfer | 2745499 | | GAR | ~3/19/04 Medical Co-Pay Fee~T26693 JOHNSON,STEVEN M PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20040503 13:33 | IC - Transfer from Inmate to Club A/c | 2745848 | | GAR | ~3/30/04 Medical Co-Pay Fee~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040503 13:33 | AT - Account Transfer | 2745847 | | GAR | ~3/30/04 Medical Co-Pay Fee~T26693 JOHNSON,STEVEN M PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20040503 14:15 | AT - Account Transfer | 2746119 | | GAR | ~4/20/04 Medical Co-Pay Fee~T26693 JOHNSON,STEVEN M PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20040503 14:16 | IC - Transfer from Inmate to Club A/c | 2746121 | | GAR | ~4/20/04 Medical Co-Pay Fee~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040504 09:35 | IC - Transfer from Inmate to Club A/c | 2749685 | | GAR | ~MAIL ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040504 22:30 | CN - Canteen | 2752434 | | GAR | ~Canteen Date : 20040504 | $0.00 | $5.46 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2801833 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2801834 | | GAR | | $0.00 | $0.00 | $0.19 | $0.00 |
| 20040608 10:01 | TI - Transfer from Institution | 2910757 | | GAR | | $0.00 | -$0.44 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20041025 09:00

Page : 3

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | T26693 | | | MCI NORFOLK | |
| Name : | JOHNSON, STEVEN, M, | | Statement From | 20040401 | |
| Inst : | MCI NORFOLK | | To | 20040930 | |
| Block : | SMU2 | | | | |
| Cell/Bed : | 226 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | PAYMENT - Z4 | | | | |
| 20040811 10.32 | AT - Account Transfer | 3205106 | | NOR | ~MED CO-PAY REFUND TRANSFER BACK TO SAVINGS~T26693 JOHNSON,STEVEN M  SAVINGS | $0.00 | $9.00 | $9.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3213327 | | NOR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3213328 | | NOR | | $0.00 | $0.00 | $0.23 | $0.00 |
| 20040812 22:30 | CN - Canteen | 3234977 | | NOR | ~Canteen Date : 20040812 | $0.00 | $14.20 | $0.00 | $0.00 |
| 20040813 15:03 | IC - Transfer from Inmate to Club A/c | 3237266 | | NOR | ~CARL S JOHNSON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040817 13:15 | IC - Transfer from Inmate to Club A/c | 3244796 | | NOR | ~CARL H. JOHNSON -POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040820 13:20 | CI - Transfer from Club to Inmate A/c | 3265330 | | NOR | ~CANTEEN REFUND 7/29~T26693 JOHNSON,STEVEN M PERSONAL~KCN WASH ACCOUNT - Z5 | $2.13 | $0.00 | $0.00 | $0.00 |
| 20040823 10:39 | IC - Transfer from Inmate to Club A/c | 3268770 | | NOR | ~NORFOLK SUPERIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040823 10:40 | IC - Transfer from Inmate to Club A/c | 3268784 | | NOR | ~LAW OFFICE OF S.H. ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040902 10:08 | IC - Transfer from Inmate to Club A/c | 3316840 | | NOR | ~SUPERIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20040902 22:30 | CN - Canteen | 3319592 | | NOR | ~Canteen Date : 20040902 | $0.00 | $4.27 | $0.00 | $0.00 |
| 20040908 08:51 | CI - Transfer from Club to Inmate A/c | 3330318 | | NOR | ~T26693 JOHNSON,STEVEN M PERSONAL~KCN WASH ACCOUNT - Z5 | $14.20 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3339442 | | NOR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3339443 | | NOR | | $0.00 | $0.00 | $0.60 | $0.00 |
| 20040909 22:30 | CN - Canteen | 3361913 | | NOR | ~Canteen Date : 20040909 | $0.00 | $6.78 | $0.00 | $0.00 |
| 20040913 14:38 | IC - Transfer from Inmate to Club A/c | 3367836 | | NOR | ~POSTAGE TO CARL JOHNSON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040913 14:39 | IC - Transfer from Inmate to Club A/c | 3367845 | | NOR | ~POSTAGE TO CARL JOHNSON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040913 14:39 | IC - Transfer from Inmate to Club A/c | 3367849 | | NOR | ~POSTAGE TO LAW OFFICE OF S H. (DATED 8-2-04)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040913 14:42 | IC - Transfer from Inmate to Club A/c | 3367857 | | NOR | ~POSTAGE TO PUBLIC D MD (SLIP DATED 8/5/04)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040913 14:42 | IC - Transfer from Inmate to Club A/c | 3367860 | | NOR | ~POSTAGE TO LAW OFFICE OF SHIRLEY H ESQ(SLIP DATED 7/22/04~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040924 14:53 | AT - Account Transfer | 3420874 | | NOR | ~SUPT APPROV~T26693 JOHNSON,STEVEN M PERSONAL | $15.00 | $0.00 | $0.00 | $15.00 |
| 20040924 15:01 | IC - Transfer from Inmate to Club A/c | 3420902 | | NOR | ~9/9,9/9,9/17 2 67 2.67 .60~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.94 | $0.00 | $0.00 |
| 20040927 16:55 | IC - Transfer from Inmate to Club A/c | 3424898 | | NOR | ~POSTAGE TO ATTY GENERAL OF MA 9/17/04~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040927 16:55 | IC - Transfer from Inmate to Club A/c | 3424899 | | NOR | ~POSTAGE TO RICHARD M 9/15/04~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............ JOHNSON STEVEN

Commitment number.... T26693

Period encompassed.... 4/1/2004 THRU 9/30/2004

| | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 37.61 | 205.09 | 242.70 |
| 20% of Six Month Average Daily Balance | 48.54 | | |
| Total Expenditures for Period | | | 539.70 |
| Total Income for Period | | | 712.53 |

To the best of my knowledge, the above summary information is true and accurate:

Signed Marsha Collins
MARSHA COLLINS, Treasurer

Time: 9:24 AM

Date: 10/25/04

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

Court