```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


LYNWODE PAQUETTE,           )
                            )
          Plaintiff,        )
                            )
      v.                    )  C.A. No. 04-12084-WGY
                            )
UNITED STATES,              )
                            )
          Defendant.        )
```

### ORDER OF DISMISSAL

YOUNG, Chief District Judge

In accordance with this Court's Memorandum and Order dated December 8, 2004 directing dismissal of this case in its entirety, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

```
                              BY THE COURT,

                              /s/ Elizabeth Smith
                              Deputy Clerk
Dated: December 13, 2004
```

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


LYNWODE PAQUETTE,           )
                            )
          Plaintiff,        )
                            )
     v.                     )  C.A. No. 04-12084-WGY
                            )
UNITED STATES,              )
                            )
          Defendant.        )
```

**ORDER OF DISMISSAL**

YOUNG, Chief District Judge

In accordance with this Court's Memorandum and Order dated December 8,2004 directing dismissal of this case in its entirety, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

```
                              BY THE COURT,

                              /s/ Elizabeth Smith
                              Deputy Clerk
Dated: December 13, 2004
```

1

```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


LYNWODE PAQUETTE,           )
                            )
        Plaintiff,          )
                            )
     v.                     )  C.A. No. 04-12084-WGY
                            )
UNITED STATES,              )
                            )
        Defendant.          )
```

**ORDER OF DISMISSAL**

YOUNG, Chief District Judge

In accordance with this Court's Memorandum and Order dated December 8, 2004 directing dismissal of this case in its entirety, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

```
                            BY THE COURT,

                            /s/ Elizabeth Smith
                            Deputy Clerk
Dated: December 13, 2004
```

1

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


LYNWODE PAQUETTE,          )
                           )
         Plaintiff,        )
                           )
     v.                    )  C.A. No. 04-12084-WGY
                           )
UNITED STATES,             )
                           )
         Defendant.        )
```

### ORDER OF DISMISSAL

YOUNG, Chief District Judge

    In accordance with this Court's Memorandum and Order dated December 8, 2004 directing dismissal of this case in its entirety, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

```
                         BY THE COURT,

                         /s/ Elizabeth Smith
                         Deputy Clerk
Dated: December 13, 2004
```

1