UNITED STATES DISTRICT COURT
FOR THE
STATE OF MASSACHUSETTS

LYNWODE PAQUETTE
    PLAINTIFF
        V                          04-12084-WGY
UNITED STATES                      CIVIL ACTION No.
    RESTONDANT

## APPEAL

Now COMES THE PLAINTIFF IN THE ABOVE ENTITLED MATTER TO APPEAL JUDGE'S YOUNGS DECISION TO DISMISS THE PLAINTIFF'S MOTION, FOR THE FOREGOING REASONS;

1 - THE PLAINTIFF CLAIMS THAT HE IS A "CIVIL" DETAINEE AT THE MASSACHUSETTS TREATMENT CENTER, AND BEING SAID DETAINEE VIOLATES HIS

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, S.S.                                    SUPERIOR COURT
                                                   NO. 04-1741

COMMONWEALTH

v.

LYNALDO PAQUETTE
DEFENDANT

MOTION TO CONTEST PROBABLE CAUSE
MOTION BY THE DISTRICT ATTORNEY

Now COMES THE DEFENDANT IN THE ABOVE ENTITLE MATTER AND PRAYS THAT THIS HONORABLE COURT WILL GRANT THIS MOTION AND RELEASED THE DEFENDANT FROM HIS ILLEGAL INCARCERATION AT THE MASSACHUSETTS TREATMENT CENTER, THE DEFENDANT CLAIM THE FOLLOWING.

1) THAT UNDER M.G.L. c.123A

2

SECTION 1A(C), THIS MOTION WAS ONLY GOOD FOR TEN (10) WORKING DAY'S, AND SINCE THE DEFENDANT HAS BEEN HELD AGAINST HIS WILL SINCE OCTOBER 6TH, 2004 IS A CLEAR VIOLATION OF HIS CONSTITUTION RIGHTS.

2) ACCORDING TO THE NINETH AMENDMENT TO THE CONSTITUTION, IT STATES, (AND I QUOTE) "THE ENUMERATION IN THE CONSTITUTION OF CERTAIN RIGHTS, SHALL NOT BE CONSTRUED TO DENY OR DISPARAGE OTHERS RETAINED BY THE PEOPLE."

3) THE DEFENDANT STATES THAT BY HOLDING HIM PASS HIS PRISON RELEASE DATE CONSTITUTES DOUBLE JEOPARDY, IN VIOLATION OF THE FIFTH AMENDMENT, AND ACCORDING TO ARTICLE ONE, SECTION NINE (9) PARAGRAPH THREE, STATES (AND I QUOTE) "NO BILL OF ATTAINDER OR EX-POST-FACTO LAW SHALL BE PASSED."

3

4) BY HOLDING THE DEFENDANT PAST HIS PRISON RELEASE DATE VIOLATES THE DEFENDANT RIGHTS TO DUE PROCESS OF LAW, AS STATED IN THE FIFTH AND FOURTEENTH AMENDMENT TO THE CONSTITUTION.

5) THE RIGHTS (AS TO LIFE, LIBERTY, AND PROPERTY) IS SO FUNDAMENTALLY IMPORTANT AS TO REQUIRE COMPLIANCE WITH DUE PROCESS STANDARDS OF FAIRNESS AND JUSTICE. THE CONDUCT OF LEGAL PROCEEDINGS ACCORDING TO ESTABLISHED RULES AND PRINCIPLES FOR THE PROTECTION AND ENFORCEMENT OF PRIVATE RIGHTS, INCLUDING NOTICE AND THE RIGHT TO A FAIR HEARING BEFORE A TRIBUNAL WITH THE POWER TO DECIDE THE CASE.

6) HOLDING THE DEFENDANT PAST HIS RELEASE DATE VIOLATES HIS RIGHTS UNDER THE CONSTITUTION, AND UNDER THESE RIGHTS THE DEFENDANT REQUEST THAT THIS HONORABLE COURT WILL RELEASE HIM FROM CUSTODY.

7) BY DETAINING THE DEFENDANT ANY LONGER IS ERRATUM, AND

4

DENYING THE DEFENDANT EQUAL PROTECTION AS PERSCRIBED IN THE 14TH AMENDMENT TO THE CONSTITUTION.

8) THE DEFENDANT ALSO CLAIMS THAT THE DISTRICT ATTORNEY HAS MISREPRESENTED THE FACTS INORDER TO GET A TEMPORARY HOLDING ORDER UNDER M.G.L. c. 123A, SECTION 12 (e).

9) THE DEFENDANT ALSO CLAIMS THAT THE DEFENDANT HAS BROUGHT CORRUPTION CHARGES AGAINST THE DISTRICT ATTORNEY MR. JOHN CONTE IN THE UNITED STATES DISTRICT COURT, DOCKET NUMBER 04-12084-WGY.

FOR THE ABOVE REASONS THE DEFENDANT PRAYS THAT THIS COURT WILL EMANCIPATE HIM SO THAT HE CAN GO HOME FOR THE HOLIDAYS

RESPECTFULLY

DATED

LYNWODE PAQUETTE, Pro Se
30 ADMINISTRATION RD.
BRIDGEWATER, MA 02324

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

Civil Docket **WOCV2004-01741**

RE: Mass v Paquette

TO: Linwood Paquette
30 Administration Road
Bridgewater, MA 02324

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **12/31/2004**:

*RE: Linwood Paquette's MOTION to contest a probable cause hearing filed by the District Attorney*

**is as follows:**

**MOTION (P#5) DENIED (Timothy S. Hillman, Justice) Notices mailed January 04, 2005**

Dated at Worcester, Massachusetts this 4th day of January, 2005.

BY:
Francis A. Ford,
Clerk of the Courts

Alexander Rodriguez, III
Assistant Clerk

Telephone: 508-770-1899, Ext. 126 or Ext. 105 (Session Clerk)

Copies mailed 01/04/2005

cvdresult_2.wpd 1069696 motden marchand

# MEMO

5/28/2004

TO:         Luis S. Spencer, Superintendent

FROM:    *Drue Chatfield, Counselor, Medium Security*

RE:         Lynwood Parquette W58983

This inmate will be flattening his sentence on or about 10/30/2004. He has requested Discharge Planning from our *contracted* discharge planning unit, but because RI plans to return him to you approximately 2 weeks before his discharge, and because the discharge planning unit does not make plans for Massachusetts inmates, the contractors cannot make plans for Mr. Parquette.

He is becoming very apprehensive, understandingly, and has asked several times for help.

I have heard many good things about Massachusetts Corrections, and your discharge planning services. Mr. Parquette is going to send this memo to you along with a copy of my memo to him, requesting that you help him. As I understand it, he has been incarcerated for several decades and has no idea how to proceed when he is released. Can you help him?

Thanks very much.