## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12084

Lynwode  Paquette

v.

United States of America

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/14/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 19, 2005.

Tony Anastas, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _1/19/05_ .

_____

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12084-WGY

Paquette v. United States
Assigned to: Chief Judge William G. Young
Cause: 42:1983 Civil Rights Act

Date Filed: 09/17/2004
Jury Demand: None
Nature of Suit: 550 Prisoner:
Civil Rights
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Lynwode Paquette**          represented by **Lynwode Paquette**
30 Administrative Road
Bridgewater, MA 02320
PRO SE

V.

**Defendant**

**United States**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Lynwode Paquette.(Jenness, Susan) (Entered: 09/29/2004) |
| 09/17/2004 | 2 | AFFIDAVIT in Support re 1 MOTION for Leave to Proceed in forma pauperis. (Jenness, Susan) (Entered: 09/29/2004) |
| 09/17/2004 | 3 | (Motion for Denaturalization)COMPLAINT Filing fee: $ 0.00, receipt number 0.00, filed by Lynwode |

| | | |
|---|---|---|
| | | Paquette.(Jenness, Susan) Modified on 9/29/2004 (Jenness, Susan). (Entered: 09/29/2004) |
| 09/17/2004 | 4 | AFFIDAVIT in Support re 3 Complaint. (Jenness, Susan) (Entered: 09/29/2004) |
| 09/17/2004 | 5 | MOTION to Appoint Counsel by Lynwode Paquette. (Jenness, Susan) (Entered: 09/29/2004) |
| 09/17/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Jenness, Susan) (Entered: 09/29/2004) |
| 09/29/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 09/29/2004) |
| 11/03/2004 | 6 | Letter (non-motion) from Mr. Paquette re: copy of account from Treatment Center. (Bell, Marie) (Entered: 11/09/2004) |
| 12/08/2004 | 7 | Judge William G. Young : ORDER entered: Paquette's Application to Proceed in forma pauperis (#1) is denied as moot in view of the summary dismissal of this action; Paquette's Complaint is dismissed in its entirety; the Motion for Denaturalization is Denied; the Motion for Renunciation of Citizenship is Denied. Paquette's Motion for appointment of counsel (#5) is Denied. This case is dismissed in its entirety. (Greenberg, Rebecca) (Entered: 12/13/2004) |
| 12/13/2004 | 8 | Judge William G. Young : ORDER OF DISMISSAL OF CASE entered.(Greenberg, Rebecca) (Entered: 12/13/2004) |
| 01/14/2005 | 9 | NOTICE OF APPEAL as to 8 Order Dismissing Case by Lynwode Paquette. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm |

|  |  | MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/3/2005. cc/cl.(Bell, Marie) (Entered: 01/18/2005) |
|---|---|---|