# MANDATE
## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

*04-12084*

No. 05-1095

*J. Young*

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: JUN 13 2005

LYNWODE PAQUETTE,
Plaintiff, Appellant,

v.

UNITED STATES,
Appellee.

### JUDGEMENT
ENTERED: April 20, 2005

On February 17, 2005 and March 22, 2005, this court issued orders and directed the appellant to either pay the filing fees of $255.00 to the district court, or to file compliant request for in forma pauperis status. This court notified appellant that failure to take any action could result in this appeal being dismissed in accordance with Local Rule 3(b).

A review of the district court docket does not reflect the payment of the filing fees, nor did the appellant respond to this court in writing regarding the outstanding fee issue. This appeal, therefore, is dismissed for lack of prosecution in accordance with Local Rule 3(b).

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By:_____
Chief Deputy Clerk

[cc: Messrs. Paquette, Sullivan]